1  Michael A. Jaeger
   William W. Simmons
2  LEWIS BRISBOIS BISGAARD & SMITH LLP
   Fourth & Blanchard Building
3  2101 Fourth Avenue, Suite 700
   Seattle, WA 98121
4  Telephone: (206) 436-2020
   FAX: (206) 436-2030
5
6  Attorneys for Defendant American Family Mutual
   Insurance Company
7

8

9

10

11

12

13                  UNITED STATES DISTRICT COURT

14                 WESTERN DISTRICT OF WASHINGTON

15  Laura Woodward, individually,,           NOTICE OF REMOVAL OF ACTION
                                             UNDER 28 U.S.C. § 1441(b) (DIVERSITY)
16              Plaintiff,
                                             (Clerk's Action Required)
17       vs.

18  American Family Mutual Insurance
    Company,
19
                Defendant.
20

21       TO:         THE CLERK OF THE COURT

22       AND TO:     PLAINTIFF LAURA WOODWARD

23       AND TO:     ASHTON K. DENNIS and LOREN A. COCHRAN, Plaintiffs' counsel
24                   of record.

25

26       PLEASE TAKE NOTICE that Defendant American Family Mutual Insurance Company

27  (American Family), hereby gives notice of the removal of the above-captioned action, Pierce

County Cause No. 13-2-12806-9, currently pending in the Superior Court of Pierce County, Washington, to the United States District Court for the Western District of Washington at Tacoma pursuant to 28 U.S.C. § 1441, and in support thereof avers as follows:

1.      This is a civil action arising out of an insurance dispute, with claims for money damages and exemplary damages. An accurate copy of the Summons is attached as **Exhibit 1**. An accurate copy of the Complaint is attached as **Exhibit 2**. An accurate copy of the Amended Complaint is attached as **Exhibit 3**.

2.      The initial Complaint was filed on September 9th, 2013 and named Laura Woodward, a resident of Pierce County, Washington as Plaintiff. The initial Complaint named American Family Mutual Insurance Company, a Wisconsin corporation conducting business in the State of Washington, and Eric Blow, a resident of King County, Washington, individually, as Defendants.

3.      The Insurance Commissioner of the State of Washington was served on September 18th, 2013. An accurate copy of the Insurance Commissioner's Certificate of Service is attached as **Exhibit 4**.

6.      On October 18, 2013 American Family entered a notice of appearance on this case with the Pierce County Superior Court. **Exhibit 6**.

7.      On October 23, 2013, plaintiff filed an Amended Complaint for Damages in Pierce County Superior Court. Defendant American Family received that Amended Complaint on October 24th, 2013 and filed an Answer soon after. **Exhibit 7**.

8.      According to the Amended Complaint (attached as **Exhibit 3**, Section 2), the only remaining parties to the lawsuit are Plaintiff Laura Woodward and Defendant American Family. The Amended Complaint established diversity when it removed Washington resident Eric Blow as a defendant and leaving only American Family, a Wisconsin corporation, as Defendant.

9.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) because it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs.

10.     Removal is permitted under 28 U.S.C. §1446(b)(1), which provides that:

The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or

4832-7766-9655.1 - 2
USDC WD WA CAUSE NO.

LEWIS BRISBOIS BISGAARD & SMITH LLP
2101 Fourth Avenue, Suite 700
Seattle, Washington 98121
206-436-2020

1   proceeding is based, or within 30 days after the service of summons upon the
    defendant if such initial pleading has then been filed in court and is not required to
2   be served on the defendant, whichever period is shorter.

3

4       The amount in controversy exceeds $75,000 because the Plaintiff alleges that she was

5   damaged above and beyond the Arbitration award of $242,312.32 (see **Exhibit 3**: Amended

6   Complaint, page 2, section 1.1).

7

8       11.    Accurate copies of all the records and proceedings in the State Court, including "all

9   process, pleadings, and orders" served upon defendants, other than the documents mentioned

10  above, are attached as follows:

11          a.    **Exhibit 5**: Order Setting Civil Case Schedule;
            b.    **Exhibit 6**: Notice of Appearance (for American Family Mutual Insurance);
12          c.    **Exhibit 7**: Defendant American Family Mutual Insurance's Answer to Amended
13  Complaint.

14

15  DATED this 21 day of November, 2013

16
    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
17

18
    Michael A. Jaeger, WSBA #23166
19  William W. Simmons, WSBA #35604
20  LEWIS BRISBOIS BISGAARD & SMITH LLP
    Fourth & Blanchard Building
21  2101 Fourth Avenue, Suite 700
    Seattle, WA 98121
22  Telephone: (206) 436-2020
    FAX: (206) 436-2030
23  Michael.Jaeger@LewisBrisbois.com
24  William.Simmons@LewisBrisbois.com

25  Attorneys for Defendant

26

27

4832-7766-9655.1 - 3
USDC WD WA CAUSE NO.

LEWIS BRISBOIS BISGAARD & SMITH LLP
2101 Fourth Avenue, Suite 700
Seattle, Washington 98121
206-436-2020

1

## CERTIFICATE OF SERVICE

2      I, LISA BLAKENEY, under penalty of perjury under the laws of the State of Washington,

3   declare and state as follows:

4      1.      I am a legal assistant with the law firm of Lewis Brisbois Bisgaard & Smith LLP,

5   attorneys of record for Defendant herein.

6      2.      I hereby certify that on November 21, 2013, I electronically filed the foregoing

7   **Notice of Removal** with the Clerk of the Court using the CM/ECF system which will send

8

9   notification of such filing to the following:

10   | PARTY/COUNSEL | METHOD OF DELIVERY |
     | --- | --- |
     | Asthon K. Dennis | ☐   via U.S. Mail |

11   | McLaughlin and Associates, INC | ☐   via Legal Messenger |
     | 15 Oregon Avenue, Suite 210 | ☒   via CM/ECF |

12   | Tacoma, WA 98409 | ☐   via Facsimile |
     | (253)476-2653 | ☒   via Electronic Mail |

13   | ADennis@McLaughlinInjuryLaw.com | |

14

15   | Loren A. Cochran | ☐   via U.S. Mail |
     | Pfau, Cochran, Vertetis, Amala, PLLC | ☐   via Legal Messenger |

16   | 403 Columbia Street, Suite 500 | ☒   via CM/ECF |
     | Seattle, WA 98104 | ☐   via Facsimile |

17   | (253) 203-6747 | ☒   via Electronic Mail |
     | Loren@PCVALaw.com | |

18

19

20   DATED THIS 21st day of November 2013, at Seattle, Washington.

21

22                                                LISA BLAKENEY

23

24

25

26

27

4832-7766-9655.1 - 4
USDC WD WA CAUSE NO.

LEWIS BRISBOIS BISGAARD & SMITH LLP
2101 Fourth Avenue, Suite 700
Seattle, Washington 98121
206-436-2020

# EXHIBIT 1

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 17 2013 11:18 AM

KEVIN STOCK
COUNTY CLERK
NO: 13-2-12806-9

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNT OF PIERCE

LAURA WOODWARD, individually,

          Plaintiff,

vs.

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, a foreign
corporation, ERIC K. BLOW, individually,

          Defendant.

NO.  13-2-12806-9

SUMMONS

TO THE DEFENDANT AMERICAN FAMILY MUTUAL INS. CO.:

A lawsuit has been started against you in the above-entitled court by Laura
Woodward, Plaintiff. Plaintiff claims are stated in the written complaint, a copy of which is
served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating
your defense in writing, and by serving a copy upon the undersigned attorney for the plaintiff
within 20 days after the service of this summons; if you are a foreign insurance company,
within 40 days of the service of the Summons upon the Insurance Commissioner if said
Commissioner was served pursuant to RCW 48.05 excluding the day of service; 60 days if
you are served outside the State of Washington excluding the day of service, or a default

SUMMONS- 1 of 2

McLaughlin & Associates, Inc.
15 Oregon Avenue, Suite 210
Tacoma  WA  98409
(253) 476-2653  (253) 476-2298 Fax

1   judgment may be entered against you without notice, excluding the day of service  A default

2   judgment is one where the plaintiff is entitled to what is asked for because you have not

3   responded. If you serve a notice of appearance on the undersigned attorney, you are entitled to

4   notice before a default judgment may be entered. Your Notice of Appearance must include

5   your mailing address and phone number.

6       If the case has not been filed, you may demand that the Plaintiff file the lawsuit with

7   the Court. If you do so, the demand must be in writing and must be served upon the Plaintiff's

8   attorney signing the Summons. Within 14 days after you serve the demand, the Plaintiff must

9   file this lawsuit within the Court, or the service on you of this Summons and Complaint will

10  be void.

11      If you wish to seek the legal advice of an attorney in this matter, you should do so

12  promptly so that your written response, if any, may be served on time.

13      This summons is issued pursuant to Rule 4 of the Superior Court Rules of the State of

14  Washington.

15  Dated this 17 day of September, 2013

16                      MCLAUGHLIN & ASSOCIATES, INC.

17

18

19                      Ashton K. Dennis, WSBA No. 44015
                        Attorney for Plaintiff

20                      PFAU COCHRAN VERTETIS AMALA, PLLC

21

22

23                      Loren A. Cochran, WSBA No. 32773
                        Attorney for Plaintiff

SUMMONS- 2 of 2                         McLaughlin & Associates, Inc.
                                          15 Oregon Avenue, Suite 210
                                              Tacoma, WA 98409
                                        (253) 476-2653 - (253) 476-2298 Fax

# EXHIBIT 2

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 09 2013 3:53 PM

KEVIN STOCK
COUNTY CLERK
NO: 13-2-12806-9

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| LAURA WOODWARD, individually, | No. |
| Plaintiff, | |
| vs. | COMPLAINT FOR DAMAGES |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign corporation, ERIC K. BLOW, individually, | |
| Defendant. | |

COMES NOW Plaintiff Laura Woodward, by and through Ashton K. Dennis and

McLaughlin & Associates, and Loren A. Cochran, and Pfau Cochran Vertetis Amala, PLLC, and

files this Complaint for Damages against the Defendants, alleging and averring as follows:

## I. INTRODUCTION

1.1    Plaintiff Woodward purchased an automobile insurance policy through American

Family Mutual Insurance Company ("American Family"). American Family promised to make

Woodward's insurance experience easy and convenient and to ensure there were no

unwelcome surprises -- especially in her time of need. Unfortunately, in her time of need,

COMPLAINT FOR DAMAGES - Page 1 of 12

McLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA 98409
(253) 476-2653; (253) 476-2298 fax

after being struck by an underinsured motorist, she was denied adequate benefits under her policy and all her insurance coverage with American Family, including her homeowner's policy, was ultimately terminated by the insurer.  Ms. Woodward was forced to submit to litigation and prior to arbitration was offered absolutely nothing by American Family despite the existence and plain language of her insurance contract.   The arbitrator found Ms. Woodward's damages to be $243,312.32, which is an amount far in excess of the applicable under/uninsured motorist policy.

## II.    JURISDICTION AND PARTIES

2.1     Plaintiff Laura Woodward is a resident of Pierce County, Washington.

2.2     The defendant, American Family is Ms. Woodward's insurance company and a foreign corporation doing business in Pierce County, Washington.  At all times relevant hereto, the defendant insurance company was engaged in the business of insurance in the State of Washington.

2.3     Defendant Eric K. Blow is a resident of King County, Washington and, upon information and belief, is an insurance adjuster for American Family.

2.4     This court has jurisdiction over the parties and subject matter of this action and venue is proper within this county.

## III.    FACTS FORMING THE BASIS FOR RELIEF

3.1     Prior to January 10, 2010, Ms. Laura Woodward and her husband purchased an automobile insurance policy through Defendant American Family Insurance (American Family).  Part of the policy, policy number 1976-8368-02-06-FPPA-WA, included personal Medical Expenses Coverage and Under-Insured/Un-Insured Motorist Coverage (UMBI).  The

COMPLAINT FOR DAMAGES - Page 2 of 12

MCLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA  98409
(253) 476-2653; (253) 476-2298 fax

policy's effective date ran from December 2, 2009 to June 2, 2010. The policy is attached as Exhibit A to this Complaint.

3.2     On January 10, 2010 Ms. Woodward was lawfully operating her vehicle which was covered by the above-referenced auto policy. She was struck by an under-insured motorist and injured. She applied for her personal Medical Expenses benefits as an insured of American Family shortly after the collision.

3.3     The motor vehicle collision caused severe and permanent injuries to Ms. Woodward. She required significant medical care which lasted well over a year and totaled more than $32,000.00.

3.4     Defendant Blow was an employee of American Family, assigned to adjust Ms. Woodward's personal Medical Expenses claim for benefits. American Family was required by contract to pay for medically necessary treatment for bodily injury sustained in the January 10, 2010 motor vehicle collision up to $25,000.00 under Ms. Woodward's personal Medical Expenses coverage. On January 31, 2011, Defendant Blow agreed to pay $13,313.87 of Ms. Woodward's personal medical expenses, but denied any further coverage despite Woodward's insurance contract with American Family. *Three years* after Defendant Blow denied any and all further coverage above the initial $13,313.87 payment, American Family ultimately agreed that at least $28,372.94, as referenced in Exhibit B and C, in medical care was medically necessary for the injuries Ms. Woodward suffered in the January 10, 2010 collision. Despite conceding the appropriateness of the services, American Family only paid the remaining $11,686.13 in reasonable and medically necessary expenses after the arbitration award in excess of Ms. Woodward's coverage limits was determined.

COMPLAINT FOR DAMAGES - Page 3 of 12

McLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA  98409
(253) 476-2653; (253) 476-2298 fax

3.5     In the time that American Family denied Ms. Woodward's claims for personal Medical Expenses under her insurance contract, Ms. Woodward's medical providers filed suit for unpaid balances which should have been paid by American Family. Instead of adhering to its promise, American Family chose not to pay the benefits for which their insured legally contracted. Ms. Woodward's credit was harmed as a direct result of American Family's refusal to pay the medical balances which American Family was required to pay under the insurance contract. .

3.6     Ms. Woodward was struck by tortfeasor who held $50,000.00 in bodily injury liability limits. After making a demand for policy limits, the tortfeasor's insurance company tendered the $50,000.00.

3.7     On August 17, 2011, recognizing the severity and the permanency of her injuries, Ms. Woodward submitted a demand package to American Family which included her medical expenses to date, her medical records, and other supporting documentation. Ms. Woodward demanded American Family tender the policy limits of $100,000.00 through her UIMBI coverage.

3.8     On November 11, 2011, American Family responded to Ms. Woodward's policy limits demand. American Family indicated, "[w]e are willing to waive our Med Expense subrogation in the amount paid of $13,313.87 but *we see no exposure* under your clients Underinsured Motorist Bodily Injury Coverage."

3.9     On January 25, 2012, American Family was provided with Ms. Woodward's surgical consultation with Dr. Richard Whons. The correspondence indicated Ms. Woodward

COMPLAINT FOR DAMAGES - Page 4 of 12

McLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA 98409
(253) 476-2653; (253) 476-2298 fax

was in need of cervical surgery.   Ms. Woodward again demanded the policy limits of $100,000.00.

3.10    On February 8, 2012, American Family responded to Ms. Woodward's second policy limits demand.  American Family indicated its, "... position has not changed regarding a claim under the Under Motorist Bodily Injury part of the policy."  American Family denied the policy limits demand.   At or about this time, American Family also terminated all of Ms. Woodward's existing insurance contracts with the company including all auto and homeowners' policies.

3.11    On March 28, 2012, Ms. Woodward once again demanded the policy limits of her UIMBI coverage.

3.12    On June 13, 2012 a voicemail was left with Kim Lovest at American Family requesting a response to the March 28, 2012 letter.

3.13    As of June 21, 2012, no response was made to the March 28, 2012 letter or June 13, 2012 voicemail and a letter was faxed to American Family requesting a response.

3.14    On June 26, 2012, no response had been made to the June 13, voicemail or the June 21, letter and another letter was sent demanding a response.

3.15    On August 24, 2012, counsel for Ms. Woodward indicated that she would like to resolve this claim prior to arbitration.

3.16    On May 14, 2013, counsel for Ms. Woodward inquired as to whether American Family would be making any payment of benefits prior to arbitration.  But, no additional benefits were paid by American Family prior to arbitration.

COMPLAINT FOR DAMAGES - Page 5 of 12

McLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA  98409
(253) 476-2653; (253) 476-7298 fax

3.17    Prior to arbitration American Family made no other offers or attempts at settlement. Ms. Woodward was eventually awarded $243,312.32 at arbitration which was significantly higher than the "zero" offer of American Family.

## IV.    CAUSES OF ACTION

### FIRST CLAIM - BREACH OF FIDUCIARY DUTIES

4.1    Plaintiff re-alleges and incorporates all facts as detailed above.

4.2    Defendant insurance company, American Family, owed fiduciary duties to its insured, Laura Woodward, including but not limited to the duty to promptly investigate any claim, the duty to promptly resolve disputes with its insureds, the duty not to unreasonably increase the costs incurred by its insureds in resolving insurance claims, and the duty not to force insureds to file lawsuits in order to receive benefits.

4.3    American Family breached the fiduciary duties owed by repeatedly denying Ms. Woodward's appropriate claims for benefits and as a result of the repeated denials, directly and proximately caused damage to Ms. Woodward.

### SECOND CLAIM - VIOLATION OF CONSUMER PROTECTION ACT

4.4    Plaintiff re-alleges and incorporates all facts as detailed above.

4.5    The business of insurance, as well as all acts and practices of insurers, agents and attorneys, are subject to the Washington State Consumer Protection Act, RCW 19.86 and subsequent sections.

4.5    Washington's Consumer Protection Act requires that all insurers abstain from unfair or deceptive practices or acts.

COMPLAINT FOR DAMAGES - Page 6 of 12

McLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA  98409
(253) 476-2653; (253) 476-2298 fax

4.6    An insurer's breach of its duty of good faith constitutes an unfair business act and gives rise to a cause of action for violation of the WCPA.

4.7    As Washington courts have established, insurance claims handling constitutes commerce that impacts the public interest, in the insurance context the insured must simply prove that it was injured by an unfair practice of its insurer in order to establish a WCPA claim.

4.8    The defendant, American Family, by and through its agents and employees, has engaged in deceptive and unfair acts and practices, including but not limited to: 1) Failing to acknowledge and act reasonably promptly upon communications with respect to claims arising under insurance policies; 2) Refusing to pay claims without conducting a reasonable investigation; 3) Not attempting in good faith to effectuate prompt, fair and equitable settlements of claims in which liability has become reasonably clear; 4) Compelling insureds to institute or submit to litigation, arbitration, or appraisal to recover amounts due under an insurance policy by offering substantially less than the amounts ultimately recovered in such actions or proceedings; 5) Failing to promptly settle claims, where liability has become reasonably clear, under one portion of the insurance policy coverage in order to influence settlements under other portions of the insurance policy coverage.

4.9    Defendant American Family's deceptive and unfair acts and practices as outlined above have directly and proximately resulted in damages to its insured, Plaintiff Laura Woodward.

### THIRD CLAIM –INSURANCE FAIR CONDUCT ACT VIOLATION

4.10   Plaintiff re-alleges and incorporates all facts as detailed above.

4.11   Defendant American Family's actions and omissions as detailed above and below

COMPLAINT FOR DAMAGES - Page 7 of 12

MCLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA 98409
(253) 476-2653; (253) 476-2298 fax

in refusing to fully honor the terms of Plaintiff Laura Woodward's personal Medical Expenses contract and her UIM/UM contract, an in failing to promptly pay benefits due is in violation of the Insurance Fair Conduct Act ("IFCA").

4.12    Defendant has unreasonably denied payments in violation of IFCA.

4.13    More than twenty (20) days have elapsed since Plaintiff Laura Woodward through counsel provided written notice of the basis for the cause of action (IFCA claim) to the defendant through its representative legal counsel and to the Office of the Insurance Commissioner as required by law. Defendant American Family has failed to resolve the basis for the action within that time period.

4.14    Plaintiff Laura Woodward is entitled to recover all statutory relief including treble actual damages, together with the costs of the action, including reasonable attorney's fees and litigation costs.

## FOURTH CLAIM - NEGLIGENCE

4.15    Plaintiff re-alleges and incorporates all facts as detailed above.

4.16    The defendant insurance company had a contract for insurance with Plaintiff Laura Woodward.

4.17    As a result of that contract of insurance, American Family had certain duties to its insured, including the duty to act reasonably and exercise ordinary care. Plaintiff Laura Woodward is an insured of Defendant American Family.

4.18    Defendant American Family failed its duties owed to its insured Plaintiff Laura Woodward by failing to act reasonably and exercise ordinary case failing to investigate, and fairly and promptly pay disability benefits and act in good faith towards its insured.

COMPLAINT FOR DAMAGES - Page 8 of 12

McLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA 98409
(253) 476-2653; (253) 476-2298 fax

4.19    Defendant American Family's breach of its duties directly and proximately caused Plaintiff Woodward's damages.

## FIFTH CLAIM - BREACH OF CONTRACT

4.20    Plaintiff re-alleges and incorporates all facts as detailed above.

4.21    Defendant American Family issued a policy of insurance which is attached as Exhibit A to this Complaint for Damages.

4.22    Plaintiff Laura Woodward fully complied with her obligations and responsibilities under the insurance contract.

4.23    Defendant American Family's acts and omissions as detailed above and below are in violation of the express and/or implied terms and conditions of the insurance contract and/or reasonable expectations of its insured to the terms and conditions of the insurance policy.

4.24    Defendant American Family is therefore in breach of its insurance contract with its insured, Plaintiff Laura Woodward.

4.25    As a direct and proximate result of Defendant American Family's breach of its insurance contract, Plaintiff Woodward has suffered damages.

## SIXTH CLAIM - BAD FAITH

4.26    Plaintiff re-alleges and incorporates all facts as detailed above.

4.27    Defendant American Family had a duty to Plaintiff to conduct itself in good faith respecting its insurance obligations to Plaintiff Laura Woodward.

4.28    Defendant American Family's denial of Plaintiff's demand for full coverage under her personal Medical Expenses Contract, especially in light of its later concessions, and its refusal to offer any benefits under its insured Laura Woodward's UIM/UM policy breached its duty to act

COMPLAINT FOR DAMAGES - Page 9 of 12

McLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA 98409
(253) 476-2653; (253) 476-2298 fax

in good faith.

4.29    As a direct and proximate cause of Defendant American Family's breach of its duty of good faith, Plaintiff Woodward suffered damages.

## SEVENTH CLAIM - NEGLIGENCE - ERIC K. BLOW

4.30    Plaintiff re-alleges and incorporates all facts as detailed above.

4.31    As an insurance adjuster working in Washington State, Defendant Eric Blow owed insurance policy holder Laura Woodward the duty to act reasonably and to exercise ordinary care in investigating Woodward's insurance claims and promptly paying benefits due under her insurance contract.

4.32    Defendant Blow breach his duty to act reasonably and to exercise ordinary care by failing to reasonably investigate Plaintiff Woodward's claims, paying less than the amount reasonably due under the policy, and ultimately denying further coverage to the insured, Laura Woodward .

4.33    As a direct and proximate result of Defendant Blow's breach of his duty to act reasonably and exercise ordinary care, Defendant Blow's negligence caused damage to Ms. Woodward.

## V.    JURY DEMAND

5.1    Under the Washington State Civil Rules, Plaintiffs demand that this action be tried before a jury.

## VI.    PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment against the defendant:

6.1    That the court will award plaintiff all damages which proximately flow from the

COMPLAINT FOR DAMAGES - Page 10 of 12            MCLAUGHLIN AND ASSOC., INC
                                                15 Oregon Ave., Suite 210
                                                Tacoma, WA 98409
                                                (253) 476-2653; (253) 476-2298 fax

1    breach of contract of the defendant set forth above;

2        6.2    That the court award plaintiff all damages which proximately flow from the

3    defendants breach of fiduciary duties, violation of IFCA, violation of Consumer Protection Act, ,

4

5    negligence, and bad faith as set forth above;

6        6.3    That the court award plaintiff three times plaintiff's actual damages, the precise

7

8    amount which will be proven at the time of trial;

9        6.4    That the court award plaintiff's interest calculated at the maximum amount

10   allowed by law, including prejudgment interest;

11

12       6.5    That the court award plaintiff reasonable attorney fees under IFCA, in the amount

13   which will be proven at the time of trial;

14       6.6    That the court award plaintiff lodestar attorney fees, in the amount which will be

15

16   proven at the time of trial;

17       6.7    Judgment in favor of plaintiff for her reasonable attorney fees and costs incurred

18

19   in this action, pursuant to the CPA, the authority of *Olympic Steamship Company v. Centennial*

20   *Insurance Company*, 117 Wash.2d 37, 811 P.2d 637 (1991), and/or any other applicable legal

21   or equitable principals;

22       6.8    And all further relief as the court deems just and equitable.

23

24

25       ///

26
27       ///

28

29

30
     COMPLAINT FOR DAMAGES - Page 11 of 12            MCLAUGHLIN AND ASSOC., INC
                                                         15 Oregon Ave., Suite 210
                                                              Tacoma, WA 98409
                                                      (253) 476-2653; (253) 476-2298 fax

1   ///

2   ///

3

4   DATED this 9th day of September, 2013.

5

6                                  MCLAUGHLIN & ASSOCIATES, INC.

7

8

9

10                                 Ashton K. Dennis, WSBA No. 44015
                                   Attorney for Plaintiff
11

12                                 PFAU COCHRAN VERTETIS AMALA, PLLC

13

14

15

16                                 Loren A. Cochran, WSBA No. 32773
                                   Attorney for Plaintiff
17

18

19   4812-2795-1381, v. 1

20

21

22

23

24

25

26

27

28

29

30
COMPLAINT FOR DAMAGES - Page 12 of 12                MCLAUGHLIN AND ASSOC., INC
                                                        15 Oregon Ave., Suite 210
                                                          Tacoma, WA 98409
                                                    (253) 476-2653; (253) 476-2298 fax

# EXHIBIT 3

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

October 23 2013 11:41 AM

KEVIN STOCK
COUNTY CLERK
NO: 13-2-12806-9

**RECEIVED**

**OCT 2 4 2013**

Lewis Brisbois Bisgaard & Smith, LLP

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| LAURA WOODWARD, individually, | No. 13-2-12806-9 |
| Plaintiff, | |
| vs. | AMENDED COMPLAINT FOR DAMAGES |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign corporation, | |
| Defendant. | |

COMES NOW Plaintiff Laura Woodward, by and through Ashton K. Dennis and

McLaughlin & Associates, and Loren A. Cochran, and Pfau Cochran Vertetis Amala, PLLC, and

files this Complaint for Damages against the Defendants, alleging and averring as follows:

## I.  INTRODUCTION

1.1    Plaintiff Woodward purchased an automobile insurance policy through American

Family Mutual Insurance Company ("American Family").  American Family promised to make

Woodward's insurance experience easy and convenient and to ensure there were no

unwelcome surprises -- especially in her time of need.  Unfortunately, in her time of need,

AMENDED COMPLAINT
FOR DAMAGES - Page 1 of 11

McLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA 98409
(253) 476-2653; (253) 476-2298 fax

after being struck by an underinsured motorist, she was denied adequate benefits under her policy and all her insurance coverage with American Family, including her homeowner's policy, was ultimately terminated by the insurer.  Ms. Woodward was forced to submit to litigation and prior to arbitration was offered absolutely nothing by American Family despite the existence and plain language of her insurance contract.  The arbitrator found Ms. Woodward's damages to be $243,312.32, which is an amount far in excess of the applicable under/uninsured motorist policy.

## II.    JURISDICTION AND PARTIES

2.1    Plaintiff Laura Woodward is a resident of Pierce County, Washington.

2.2    The defendant, American Family is Ms. Woodward's insurance company and a foreign corporation doing business in Pierce County, Washington.  At all times relevant hereto, the defendant insurance company was engaged in the business of insurance in the State of Washington.

2.3    This court has jurisdiction over the parties and subject matter of this action and venue is proper within this county.

## III.    FACTS FORMING THE BASIS FOR RELIEF

3.1    Prior to January 10, 2010, Ms. Laura Woodward and her husband purchased an automobile insurance policy through Defendant American Family Insurance (American Family).  Part of the policy, policy number 1976-8368-02-06-FPPA-WA, included personal Medical Expenses Coverage and Under-Insured/Un-Insured Motorist Coverage (UMBI).  The policy's effective date ran from December 2, 2009 to June 2, 2010.  The policy is attached as Exhibit A to this Complaint.

AMENDED COMPLAINT
FOR DAMAGES - Page 2 of 11

McLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA  98409
(253) 476-2653; (253) 476-2298 fax

3.2    On January 10, 2010 Ms. Woodward was lawfully operating her vehicle which was covered by the above-referenced auto policy.  She was struck by an under-insured motorist and injured.  She applied for her personal Medical Expenses benefits as an insured of American Family shortly after the collision.

3.3    The motor vehicle collision caused severe and permanent injuries to Ms. Woodward.  She required significant medical care which lasted well over a year and totaled more than $32,000.00.

3.4    Mr. Eric Blow was an employee of American Family, assigned to adjust Ms. Woodward's personal Medical Expenses claim for benefits.  All actions Eric Blow took were done within the course and scope of his employment and for the betterment of American Family.  American Family was required by contract to pay for medically necessary treatment for bodily injury sustained in the January 10, 2010 motor vehicle collision up to $25,000.00 under Ms. Woodward's personal Medical Expenses coverage.  On January 31, 2011, Mr. Blow agreed to pay $13,313.87 of Ms. Woodward's personal medical expenses, but denied any further coverage despite Woodward's insurance contract with American Family.    *Three years* after Mr. Blow denied any and all further coverage above the initial $13,313.87 payment, American Family ultimately agreed that at least $28,372.94, as referenced in Exhibit B and C, in medical care was medically necessary for the injuries Ms. Woodward suffered in the January 10, 2010 collision.  Despite conceding the appropriateness of the services, American Family only paid the remaining $11,686.13 in reasonable and medically necessary expenses after the arbitration award in excess of Ms. Woodward's coverage limits was determined.

AMENDED COMPLAINT
FOR DAMAGES - Page 3 of 11

McLaughlin and Assoc., INC
15 Oregon Ave., Suite 210
Tacoma, WA  98409
(253) 476-2653; (253) 476-2298 fax

3.5    In the time that American Family denied Ms. Woodward's claims for personal Medical Expenses under her insurance contract, Ms. Woodward's medical providers filed suit for unpaid balances which should have been paid by American Family. Instead of adhering to its promise, American Family chose not to pay the benefits for which their insured legally contracted. Ms. Woodward's credit was harmed as a direct result of American Family's refusal to pay the medical balances which American Family was required to pay under the insurance contract.

3.6    Ms. Woodward was struck by tortfeasor who held $50,000.00 in bodily injury liability limits. After making a demand for policy limits, the tortfeasor's insurance company tendered the $50,000.00.

3.7    On August 17, 2011, recognizing the severity and the permanency of her injuries, Ms. Woodward submitted a demand package to American Family which included her medical expenses to date, her medical records, and other supporting documentation. Ms. Woodward demanded American Family tender the policy limits of $100,000.00 through her UIMBI coverage.

3.8    On November 11, 2011, American Family responded to Ms. Woodward's policy limits demand. American Family indicated, "[w]e are willing to waive our Med Expense subrogation in the amount paid of $13,313.87 but *we see no exposure* under your clients Underinsured Motorist Bodily Injury Coverage."

3.9    On January 25, 2012, American Family was provided with Ms. Woodward's surgical consultation with Dr. Richard Whons. The correspondence indicated Ms. Woodward

AMENDED COMPLAINT
FOR DAMAGES - Page 4 of 11

McLaughlin and Assoc., Inc
15 Oregon Ave., Suite 210
Tacoma, WA 98409
(253) 476-2653; (253) 476-2298 fax

was in need of cervical surgery.   Ms. Woodward again demanded the policy limits of $100,000.00.

3.10    On February 8, 2012, American Family responded to Ms. Woodward's second policy limits demand.  American Family indicated its, "… position has not changed regarding a claim under the Under Motorist Bodily Injury part of the policy." American Family denied the policy limits demand.   At or about this time, American Family also terminated all of Ms. Woodward's existing insurance contracts with the company including all auto and homeowners' policies.

3.11    On March 28, 2012, Ms. Woodward once again demanded the policy limits of her UIMBI coverage.

3.12    On June 13, 2012 a voicemail was left with Kim Lovest at American Family requesting a response to the March 28, 2012 letter.

3.13    As of June 21, 2012, no response was made to the March 28, 2012 letter or June 13, 2012 voicemail and a letter was faxed to American Family requesting a response.

3.14    On June 26, 2012, no response had been made to the June 13, voicemail or the June 21, letter and another letter was sent demanding a response.

3.15    On August 24, 2012, counsel for Ms. Woodward indicated that she would like to resolve this claim prior to arbitration.

3.16    On May 14, 2013, counsel for Ms. Woodward inquired as to whether American Family would be making any payment of benefits prior to arbitration. But, no additional benefits were paid by American Family prior to arbitration.

AMENDED COMPLAINT
FOR DAMAGES - Page 5 of 11

McLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA 98409
(253) 476-2653; (253) 476-2298 fax

3.17   Prior to arbitration American Family made no other offers or attempts at settlement. Ms. Woodward was eventually awarded $243,312.32 at arbitration which was significantly higher than the "zero" offer of American Family.

3.18   All employees, adjusters, managers, directors and or staff mentioned herein were working within the course and scope of their employment with American Family.

## IV.   CAUSES OF ACTION

### FIRST CLAIM - BREACH OF FIDUCIARY DUTIES

4.1   Plaintiff re-alleges and incorporates all facts as detailed above.

4.2   Defendant insurance company, American Family, owed fiduciary duties to its insured, Laura Woodward, including but not limited to the duty to promptly investigate any claim, the duty to promptly resolve disputes with its insureds, the duty not to unreasonably increase the costs incurred by its insureds in resolving insurance claims, and the duty not to force insureds to file lawsuits in order to receive benefits.

4.3   American Family breached the fiduciary duties owed by repeatedly denying Ms. Woodward's appropriate claims for benefits and as a result of the repeated denials, directly and proximately caused damage to Ms. Woodward.

### SECOND CLAIM - VIOLATION OF CONSUMER PROTECTION ACT

4.4   Plaintiff re-alleges and incorporates all facts as detailed above.

4.5   The business of insurance, as well as all acts and practices of insurers, agents and attorneys, are subject to the Washington State Consumer Protection Act, RCW 19.86 and subsequent sections.

4.5   Washington's Consumer Protection Act requires that all insurers abstain from

AMENDED COMPLAINT
FOR DAMAGES - Page 6 of 11

McLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA 98409
(253) 476-2653; (253) 476-2298 fax

unfair or deceptive practices or acts.

4.6    An insurer's breach of its duty of good faith constitutes an unfair business act and gives rise to a cause of action for violation of the WCPA.

4.7    As Washington courts have established, insurance claims handling constitutes commerce that impacts the public interest, in the insurance context the insured must simply prove that it was injured by an unfair practice of its insurer in order to establish a WCPA claim.

4.8    The defendant, American Family, by and through its agents and employees, has engaged in deceptive and unfair acts and practices, including but not limited to: 1) Failing to acknowledge and act reasonably promptly upon communications with respect to claims arising under insurance policies; 2) Refusing to pay claims without conducting a reasonable investigation; 3) Not attempting in good faith to effectuate prompt, fair and equitable settlements of claims in which liability has become reasonably clear; 4) Compelling insureds to institute or submit to litigation, arbitration, or appraisal to recover amounts due under an insurance policy by offering substantially less than the amounts ultimately recovered in such actions or proceedings; 5) Failing to promptly settle claims, where liability has become reasonably clear, under one portion of the insurance policy coverage in order to influence settlements under other portions of the insurance policy coverage.

4.9    Defendant American Family's deceptive and unfair acts and practices as outlined above have directly and proximately resulted in damages to its insured, Plaintiff Laura Woodward.

## THIRD CLAIM –INSURANCE FAIR CONDUCT ACT VIOLATION

4.10    Plaintiff re-alleges and incorporates all facts as detailed above.

AMENDED COMPLAINT
FOR DAMAGES - Page 7 of 11

McLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA  98409
(253) 476-2653; (253) 476-2298 fax

4.11    Defendant American Family's actions and omissions as detailed above and below in refusing to fully honor the terms of Plaintiff Laura Woodward's personal Medical Expenses contract and her UIM/UM contract, an in failing to promptly pay benefits due is in violation of the Insurance Fair Conduct Act ("IFCA").

4.12    Defendant has unreasonably denied payments in violation of IFCA.

4.13    More than twenty (20) days have elapsed since Plaintiff Laura Woodward through counsel provided written notice of the basis for the cause of action (IFCA claim) to the defendant through its representative legal counsel and to the Office of the Insurance Commissioner as required by law.  Defendant American Family has failed to resolve the basis for the action within that time period.

4.14    Plaintiff Laura Woodward is entitled to recover all statutory relief including treble actual damages, together with the costs of the action, including reasonable attorney's fees and litigation costs.

## FOURTH CLAIM - NEGLIGENCE

4.15    Plaintiff re-alleges and incorporates all facts as detailed above.

4.16    The defendant insurance company had a contract for insurance with Plaintiff Laura Woodward.

4.17    As a result of that contract of insurance, American Family had certain duties to its insured, including the duty to act reasonably and exercise ordinary care.   Plaintiff Laura Woodward is an insured of Defendant American Family.

4.18    Defendant American Family failed its duties owed to its insured Plaintiff Laura Woodward by failing to act reasonably and exercise ordinary case failing to investigate, and fairly

AMENDED COMPLAINT
FOR DAMAGES - Page 8 of 11

McLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA  98409
(253) 476-2653; (253) 476-2298 fax

and promptly pay disability benefits and act in good faith towards its insured.

4.19    Defendant American Family's breach of its duties directly and proximately caused Plaintiff Woodward's damages.

### FIFTH CLAIM - BREACH OF CONTRACT

4.20    Plaintiff re-alleges and incorporates all facts as detailed above.

4.21    Defendant American Family issued a policy of insurance which is attached as Exhibit A to this Complaint for Damages.

4.22    Plaintiff Laura Woodward fully complied with her obligations and responsibilities under the insurance contract.

4.23    Defendant American Family's acts and omissions as detailed above and below are in violation of the express and/or implied terms and conditions of the insurance contract and/or reasonable expectations of its insured to the terms and conditions of the insurance policy.

4.24    Defendant American Family is therefore in breach of its insurance contract with its insured, Plaintiff Laura Woodward.

4.25    As a direct and proximate result of Defendant American Family's breach of its insurance contract, Plaintiff Woodward has suffered damages.

### SIXTH CLAIM - BAD FAITH

4.26    Plaintiff re-alleges and incorporates all facts as detailed above.

4.27    Defendant American Family had a duty to Plaintiff to conduct itself in good faith respecting its insurance obligations to Plaintiff Laura Woodward.

4.28    Defendant American Family's denial of Plaintiff's demand for full coverage under her personal Medical Expenses Contract, especially in light of its later concessions, and its refusal

AMENDED COMPLAINT
FOR DAMAGES - Page 9 of 11

McLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA 98409
(253) 476-2653; (253) 476-2298 fax

to offer any benefits under its insured Laura Woodward's UIM/UM policy breached its duty to act in good faith.

4.29    As a direct and proximate cause of Defendant American Family's breach of its duty of good faith, Plaintiff Woodward suffered damages.

## V.    JURY DEMAND

5.1    Under the Washington State Civil Rules, Plaintiffs demand that this action be tried before a jury.

## VI.    PUNITIVE DAMAGES

6.1    Defendant American Family is subject to punitive damages under the laws of other jurisdictions including that of Wisconsin.  This notice is provided in accord with CR 44.1

## VII.    PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment against the defendant:

7.1    That the court will award plaintiff all damages which proximately flow from the breach of contract of the defendant set forth above;

7.2    That the court award plaintiff all damages which proximately flow from the defendants breach of fiduciary duties, violation of IFCA, violation of Consumer Protection Act, , negligence, and bad faith as set forth above;

7.3    That the court award plaintiff three times plaintiff's actual damages, the precise amount which will be proven at the time of trial;

7.4    That the court award plaintiff's interest calculated at the maximum amount allowed by law, including prejudgment interest;

AMENDED COMPLAINT
FOR DAMAGES - Page 10 of 11

McLAUGHLIN AND ASSOC., INC
15 Oregon Ave., Suite 210
Tacoma, WA  98409
(253) 476-2653; (253) 476-2298 fax

7.5    That the court award plaintiff reasonable attorney fees under IFCA, in the amount which will be proven at the time of trial;

7.6    That the court award plaintiff lodestar attorney fees, in the amount which will be proven at the time of trial;

7.7    Judgment in favor of plaintiff for her reasonable attorney fees and costs incurred in this action, pursuant to the CPA, the authority of *Olympic Steamship Company v. Centennial Insurance Company*, 117 Wash.2d 37, 811 P.2d 637 (1991), and/or any other applicable legal or equitable principals;

7.8    Judgment in favor of plaintiff for punitive damages according to all applicable laws including those of other jurisdictions;

7.9    And all further relief as the court deems just and equitable.

DATED this 23rd day of October, 2013.

MCLAUGHLIN & ASSOCIATES, INC.

Ashton K. Dennis, WSBA No. 44015
Attorney for Plaintiff


PFAU COCHRAN VERTETIS AMALA, PLLC

Loren A. Cochran, WSBA No. 32773
Attorney for Plaintiff

AMENDED COMPLAINT
FOR DAMAGES - Page 11 of 11

# EXHIBIT 4

331-04279

## SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF PIERCE

| | | |
|---|---|---|
| LAURA WOODWARD, individually, | ) | |
| Plaintiff, | ) | NO. 13-2-12806-9 |
| | ) | |
| vs. | ) | **INSURANCE COMMISSIONER'S** |
| | ) | **CERTIFICATE OF SERVICE** |
| AMERICAN FAMILY MUTUAL | ) | |
| INSURANCE COMPANY, a foreign | ) | |
| corporation, ERIC K. BLOW, | ) | |
| individually, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS IS TO CERTIFY** that the Insurance Commissioner of the State of Washington has accepted service of

*SUMMONS; COMPLAINT FOR DAMAGES; ORDER SETTING CASE SCHEDULE*

in the above-mentioned matter on SEPTEMBER 18, 2013, on behalf of and as statutory attorney for

*AMERICAN FAMILY MUTUAL INSURANCE COMPANY*

an authorized foreign or alien insurer, and has forwarded a duplicate copy thereof to said insurance company pursuant to RCW 48.02.200 and 48.05.200.

**ISSUED AT OLYMPIA, WASHINGTON:** SEPTEMBER 18, 2013

**Certification No:** 917199999170331170731 5

MIKE KREIDLER
Insurance Commissioner

By *Sarah Gosney*

Sarah Gosney
Service of Process Coordinator

| | |
|---|---|
| **Original to:** | **Copy to:** |
| ASHTON K. DENNIS | AMERICAN FAMILY MUTUAL INSURANCE COMPANY |
| THE LAW OFFICES OF MCLAUGHLIN & ASSOCIATES, INC. A | DAVID C HOLMAN |
| 15 OREGON AVENUE | 6000 AMERICAN PARKWAY |
| SUITE 210 | MADISON, WI 53783-0001 |
| TACOMA, WA 98409 | |

Tracker ID: 10506

EXHIBIT 5

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

### IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
### IN AND FOR PIERCE COUNTY

September 09 2013 3:53 PM

KEVIN STOCK
COUNTY CLERK
NO: 13-2-12806-9

| | |
|---|---|
| LAURA WOODWARD | No. 13-2-12806-9 |
| Plaintiff(s) | ORDER SETTING CASE SCHEDULE |
| | Type of case: TTO |
| Vs. | Estimated Trial (days): |
| | Track Assignment: Complex |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY | Assignment Department: 06 |
| Defendant(s) | Docket Code: **ORSCS** |

| | |
|---|---|
| Confirmation of Service | 10/21/2013 |
| Confirmation of Joinder of Parties, Claims and Defenses | 3/10/2014 |
| Jury Demand | 3/17/2014 |
| Status Conference (Contact Court for Specific Date) | Week of 4/21/2014 |
| Plaintiff's/Petitioner's Disclosure of Primary Witnesses | 6/2/2014 |
| Defendant's/Respondent's Disclosure of Primary Witnesses | 6/30/2014 |
| Disclosure of Rebuttal Witnesses | 10/13/2014 |
| Deadline for Filing Motion to Adjust Trial Date | 11/3/2014 |
| Discovery Cutoff | 12/22/2014 |
| Exchange of Witness and Exhibit Lists and Documentary Exhibits | 1/12/2015 |
| Joint Statement of Evidence | 1/26/2015 |
| Deadline to file Certificate or Declaration re: Alternative Dispute Resolution (PCLR 16 (c)(3)) | 1/26/2015 |
| Deadline for Hearing Dispositive Pretrial Motions | 1/26/2015 |
| Pretrial Conference (Contact Court for Specific Date) | Week of 2/16/2015 |
| Trial | 3/9/2015 9:00 |

### Unless otherwise instructed, ALL Attorneys/Parties shall report to the trial court at 9:00 AM on the date of trial.

#### NOTICE TO PLAINTIFF/PETITIONER

If the case has been filed, the plaintiff shall serve a copy of the Case Schedule on the defendant(s) with the summons and complaint/ petition: Provided that in those cases where service is by publication the plaintiff shall serve the Case Schedule within five (5) court days of service of the defendant's first response/appearance. If the case has not been filed, but an initial pleading is served, the Case Schedule shall be served within five (5) court days of filing. See PCLR 3.

#### NOTICE TO ALL PARTIES

All attorneys and parties shall make themselves familiar with the Pierce County Local Rules, particularly those relating to case scheduling. Compliance with the scheduling rules is mandatory and failure to comply shall result in sanctions appropriate to the violation. If a statement of arbitrability is filed, PCLR 3 does not apply while the case is in arbitration.

Dated: September 9, 2013

Judge JACK NEVIN
Department 06

EXHIBIT 6



**Filing Submitted**

**What's Next?**
Your document has been submitted
to the court and will be filed pending
review.

Thank you. Your documents have been submitted to the Pierce County Clerks Office.

Case: 13-2-12806-9
LAURA WOODWARD VS. AMERICAN FAMILY MUTUAL INSURANCE COMPANY

The date and time of this submission was 10/18/2013 11:29 AM

The following Filing(s) were successfully submitted:

41411091 - Notice of Appearance

Confirmation of this filing was sent via e-mail to jaeger@lbbslaw.com

| Serve Other Parties | Submit Working Copies | Begin Another E-Filing | View Case 13-2-12806-9 |

Privacy Policy
Copyright Notices

1
2
3
4
5
6
7                    IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
8                              IN AND FOR PIERCE COUNTY

9   LAURA WOODWARD, individually,                No. 13-2-12806-9
10                            Plaintiff,          NOTICE OF APPEARANCE
        vs.
11
    AMERICAN FAMILY MUTUAL
12  INSURANCE COMPANY, a foreign
    corporation, ERIC K. BLOW, individually,
13
                              Defendants.
14

15
    TO:        THE CLERK OF THE COURT
16
    AND TO:    PLAINTIFF AND COUNSEL FOR PLAINTIFF
17
            YOU, AND EACH OF YOU, will please take notice that the appearance of Defendants is
18
    hereby entered in the above-entitled action through the undersigned attorney, without waiving her
19
    right to challenge the Court's jurisdiction and service of process.
20
            You are hereby directed to serve all future pleadings or papers, except process, upon the
21
    said attorney at their office below stated.
22
23
24
25
26
27

LEWIS BRISBOIS BISGAARD & SMITH LLP
210i Fourth Avenue, Suite 700
Seattle, Washington 98121
206-436-2020
206-436-2030 Fax

1    DATED this 17th day of October, 2013

2                                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

3

4                                                    By: _____
                                                         Michael A. Jaeger, WA Bar No. 23166
5                                                        William W. Simmons, WA Bar No.35604
                                                         2101 Fourth Avenue, Suite 700
6                                                        Seattle, Washington 98121
                                                         Attorneys for Defendants
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

LEWIS BRISBOIS BISGAARD & SMITH LLP
2101 Fourth Avenue, Suite 700
Seattle, Washington 98121
206-436-2020
206-436-2030 Fax

### DECLARATION OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington that I caused a true and correct copy of **Notice of Appearance** to be served via the methods stated below on the 17th day of October, 2013 on the following counsel/party of record:

### PARTY/COUNSEL

Ashton K. Dennis
McLaughlin & Associates
15 Oregon Avenue, Suite 210
Tacoma, WA 98409
Fax:  253-476-2298

Loren A. Cochran
Pfau Cochran Vertetis Amala, PLLC
911 Pacific Avenue, Suite 200
Tacoma, WA  98402
253-627-0654

### METHOD OF DELIVERY
☑  via U.S. Mail, first class, postage prepaid, mailed on the date above
☐  via Legal Messenger Hand Delivery
☑  via Facsimile
☐  Federal Express
☐  via E-mail

Lisa Blakeney

LEWIS BRISBOIS BISGAARD & SMITH LLP
2101 Fourth Avenue, Suite 700
Seattle, Washington 98121
206-436-2020
206-436-2030 Fax

# EXHIBIT 7



Filing Submitted

**What's Next?**
Your document has been submitted to the court and will be filed pending review.

Thank you. Your documents have been submitted to the Pierce County Clerks Office.

Case: 13-2-12806-9
LAURA WOODWARD VS. AMERICAN FAMILY MUTUAL INSURANCE COMPANY

The date and time of this submission was 11/07/2013 8:52 AM

The following Filing(s) were successfully submitted:

41519007 - Answer to Amended Complaint

Confirmation of this filing was sent via e-mail to Jaeger@lbbslaw.com

| Serve Other Parties | Submit Working Copies | Begin Another E-Filing | View Case 13-2-12806-9 |

Privacy Policy
Copyright Notices

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

FOR PIERCE COUNTY

| | |
|---|---|
| LAURA WOODWARD, individually, | No. 13-2-12806-9 |
| Plaintiff. | ANSWER TO AMENDED COMPLAINT FOR DAMAGES |
| vs. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign corporation, ERIC K. BLOW, individually, | |
| Defendants. | |

Defendants, by and through their attorneys of record, Lewis Brisbois Bisgaard & Smith, and Michael A. Jaeger, and in answer to Plaintiff's Amended Complaint, alleges and states as follows:

## I.    INTRODUCTION

1.1    Admit that Plaintiff purchased an automobile insurance policy through American Family Mutual Insurance Company and that the arbitrator awarded $243,312.32.   All other allegations contained in Paragraph 1.1 are denied.

## II.    JURISDICTION AND PARTIES

2.1    Admit.

2.2    Admit.

2.3    Admit.

## III.    FACTS FORMING THE BASIS FOR RELIEF

3.1    Admit.

ANSWER TO AMENDED COMPLAINT 1

4851-5327-9254.1

3.2   Admit that an accident occurred on January 10, 2010 and that Ms. Woodward applied for benefits. All other allegations in Paragraph 3.2 are denied for lack of sufficient information.

3.3   Denied.

3.4   Admit that Eric Blow was an employee of American Family. All other allegations in Paragraph 3.4 are denied for lack of sufficient information.

3.5   Denied for lack of sufficient information.

3.6   Denied for lack of sufficient information.

3.7   Denied for lack of sufficient information.

3.8   Denied for lack of sufficient information.

3.9   Denied for lack of sufficient information.

3.10   Denied for lack of sufficient information.

3.11   Denied for lack of sufficient information.

3.12   Denied for lack of sufficient information.

3.13   Denied for lack of sufficient information.

3.14   Denied for lack of sufficient information.

3.15   Denied for lack of sufficient information.

3.16   Denied for lack of sufficient information.

3.17   Admit that the arbitrator awarded $243,312.32. All other allegations in Paragraph 3.17 are denied for lack of sufficient information.

3.18   Denied for lack of sufficient information.

## IV.   CAUSES OF ACTION

### FIRST CLAIM- BREACH OF FIDUCIARY DUTIES

4.1   Defendant re-alleges and incorporates the above paragraphs as though fully set forth herein.

4.2   Admit that American Family owed duties as proscribed by law and the applicable insurance policy subject to the terms and conditions of the policy and not otherwise. All other allegations in Paragraph 4.2 are denied.

4.3   Denied.

LEWIS BRISBOIS BISGAARD & SMITH LLP
2101 Fourth Avenue, Suite 700
Seattle, Washington 98121
206-436-2020
206-436-2030 Fax

4851-5327-9254.1

## SECOND CLAIM- VIOLATION OF CONSUMER PROTECTION ACT

4.4     Defendant re-alleges and incorporates the above paragraphs as though fully set forth herein.

4.5     Denied.

4.6     Denied.

4.7     Denied.

4.8     Denied.

4.9     Denied.

4.10    Denied.

## THIRD CLAIM- INSURANCE FAIR CONDUCT ACT VIOLATION

4.11    Defendant re-alleges and incorporates the above paragraphs as though fully set forth herein.

4.12    Denied.

4.13    Denied.

4.14    Denied for lack of sufficient information.

4.15    Denied.

## FOURTH CLAIM- NEGLIGENCE

4.16    Defendant re-alleges and incorporates the above paragraphs as though fully set forth herein.

4.17    Admit.

4.18    Admit that Laura Woodward had an insurance policy with American Family. Further admit that American Family had duties proscribed by law and the applicable insurance policy, subject to the terms and conditions of the policy and not otherwise. All other allegations in Paragraph 4.17 are denied.

4.19    Denied.

4.20    Denied.

## FIFTH CLAIM- BREACH OF CONTRACT

4.21    Defendant re-alleges and incorporates the above paragraphs as though fully set forth herein.

4.22    Admit.

4.23    Denied for lack of sufficient information.

LEWIS BRISBOIS BISGAARD & SMITH LLP
2101 Fourth Avenue, Suite 700
Seattle, Washington 98121
206-436-2020
206-436-2030 Fax

4851-5327-9254.1

4.24   Denied.

4.25   Denied.

4.26   Denied.

## SIXTH CLAIM- BAD FAITH

4.27   Defendant re-alleges and incorporates the above paragraphs as though fully set forth herein.

4.28   Admit that American Family had duties proscribed by law and the applicable insurance policy, subject to the terms and conditions of the policy and not otherwise.  All other allegations in Paragraph 4.27 are denied.

4.29   Denied.

4.30   Denied.

### V.   JURY DEMAND

5.1   Paragraph 5.1 does not call for an answer.

### VI.   PUNITIVE DAMAGES

6.1   Denied.

### VII.   PRAYER FOR RELIEF

Defendant denies all of Plaintiff's prayer for relief, including Paragraphs 7.1 through 7.9.

### AFFIRMATIVE DEFENSES

Discovery and investigation may reveal that one or more of the following defenses may be applicable to this matter.  American Family therefore asserts those possible defenses, which will be withdrawn if warranted by the facts or law.

1.   At all times Defendant American Family acted in compliance with Washington law and in compliance with the terms and conditions of Ms. Woodward's insurance policy with American Family.

2.   American Family's total obligation to pay UIM benefits cannot exceed the applicable policy limits.

3.   If Plaintiff suffered any damages, recovery is reduced or barred by Plaintiff's failure to mitigate such damages.

4.   The injuries and damages, if any, claimed by Plaintiff were proximately caused by or contributed to by the fault of the Plaintiff.  Fault, if any, should be allocated as provided by RCW 4.22.070;

ANSWER TO AMENDED COMPLAINT 4

LEWIS BRISBOIS BISGAARD & SMITH LLP
2101 Fourth Avenue, Suite 700
Seattle, Washington 98121
206-436-2020
206-436-2030 Fax

4851-5327-9254.1

5.    The insurance policy issued to Plaintiff by American Family is subject to various limitations, including but not limited to, limits of coverage.  Any liability of American Family to the Plaintiff is therefore restricted to and by said limits, terms, and provisions of the policy.

6.    American Family is not liable to the extent that Plaintiff's injuries and damages, if any, were proximately caused by the conduct of third-parties and/or entities over which American Family had no control.

7.    To the extent that Plaintiff's injuries and damages are due to the fault of others, fault must be apportioned pursuant to RCW 4.22 *et. seq.*

8.    Plaintiff's claims and/or recovery may be barred by the doctrines of estoppel and waiver.

9.    Plaintiff's claims, including but not limited to Plaintiff's claims for damages, benefits, bad faith, violation of the Consumer Protection Act, and violation of the Insurance Fair Conduct Act fail to state a cause of action for which relief may be granted.

10.   At all times material hereto, Defendant's actions have been reasonable and in compliance with Washington law and the subject insurance policy.  As such, Plaintiff's extra-contractual claims are without merit.

11.   Should the Plaintiff recover any damages which duplicate in any way or extent payments that he has received from the Defendant regarding the loss, Defendant is entitled to a setoff or offset in the amount of any money paid to the Plaintiff.

12.   American Family expressly reserves the right to amend this answer, including the right to include and/or identify additional affirmative defenses, cross claims, and non-parties at fault as circumstances and discovery may warrant.

WHEREFORE, Defendants pray for judgment:

1.    Dismissing Plaintiff's amended complaint with prejudice and with costs;

2.    For all Defendants' attorneys fees and costs incurred herein; and

3.    For such further relief as the court deems just and equitable.

ANSWER TO AMENDED COMPLAINT 5

4851-5327-9254.1

1    **SUBMITTED THIS** 6th day of November, 2013.

2                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

3

4

                                     By:_____
5                                        Michael A. Jaeger, WA Bar No. 23166
                                         William W. Simmons, WA Bar No. 35604
6                                        2101 Fourth Avenue, Suite 700
                                         Seattle, Washington 98121
7                                        Attorneys for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ANSWER TO AMENDED COMPLAINT 6

LEWIS BRISBOIS BISGAARD & SMITH LLP
2101 Fourth Avenue, Suite 700
Seattle, Washington 98121
206-436-2020
206-436-2030 Fax

4851-5327-9254.1

# DECLARATION OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington that I caused a true and correct copy of **Answer to Amended Complaint** to be served via the methods below on the 7th day of November, 2013 on the following counsel/party of record:

PARTY/COUNSEL

Ashton K. Dennis
15 Oregon Ave, Ste 210
Tacoma, WA 98409
Attorney for Plaintiff

Loren A. Cochran
Pfau Cochran Vertetis Amala, PLLC
911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Attorney for Plaintiff

METHOD OF DELIVERY

☐    via U.S. Mail, first class, postage prepaid
☐    via Legal Messenger Hand Delivery
☐    via Facsimile
☐    via E-mail


Lisa Blakeney

ANSWER TO AMENDED COMPLAINT 7

4851-5327-9254.1