UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAURA WOODWARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. C13-6005 BHS<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE EXCESS PAGES |

This matter comes before the Court on Plaintiff Laura Woodward's ("Woodward") motion for leave to file excess pages (Dkt. 21).

On March 13, 2014, Woodward filed the instant motion requesting leave to file a twenty-six-page motion to compel. Dkt. 21. The motion is **DENIED**. Discovery motions are generally disfavored because the Court expects the attorneys to resolve the great majority of discovery issues and only seek Court intervention for the disputes where there is no possibility of resolution without such intervention. Moreover, this case is in its infancy and an early, overlength motion to compel is most likely unnecessary and

ORDER - 1

1  experience shows that seeking court intervention this early most likely leads to seeking
2  court intervention for the majority of discovery requests.  Woodward shall submit what
3  she considers to be the most important alleged discovery abuses that will fit within the
4  applicable page, font, and formatting limits.
5    **IT IS SO ORDERED.**
6    Dated this 13th day of March, 2014.

                                    _____
                                    BENJAMIN H. SETTLE
                                    United States District Judge